UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23 CR 228 |
| | ) | |
|     Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DEJOHN DURRAH, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
|     Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Dejohn Durrah, which was referred to the Magistrate Judge with the consent of the parties.

On April 20, 2023 the government filed a two count Indictment, charging Defendant Durrah with, Conspiracy to Distribute and Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 846 and 841 (a)(1), and (b)(1)(A). On May 30, 2023, Magistrate Judge Greenberg held an arraignment, during which Defendant Durrah entered a plea of not guilty. On February 22, 2024 Magistrate Judge Parker received Defendant's plea of guilty to counts 1 and 2 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Durrah is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Dejohn Durrah is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on June 14, 2024 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 4, 2024